■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
JOSEPH WOODS, Appellant. [655 NYS2d 948] —Judgment, Supreme
Court, New York County (Felice Shea, J., at suppression hear-
ing; Joan Sudolnik, J., at jury trial and sentence), rendered
July 11, 1994, convicting defendant of robbery in the first
degree, and sentencing him, as a second violent felony offender,
to a term of 7 to 14 years, unanimously affirmed.

The verdict was not against the weight of the evidence
(*People v Bleakley*, 69 NY2d 490). Identification and credibility
issues were properly placed before the jury and we see no rea-
son to disturb its findings.

The court properly denied defendant's motion to suppress
the physical evidence. Probable cause was provided by the
complainant's report of the crime and identification of defen-
dant, communicated in part by hand gestures and non-verbal
conduct (*see, People v Youmans*, 228 AD2d 345).

The court properly granted defendant's request to discharge
a deliberating juror, whose competence was in question, and to
substitute an alternate. Defendant affirmatively waived any
objection by signing a written consent form pursuant to CPL
270.35 (*People v Page*, 88 NY2d 1), and we find that his waiver
was knowing, intelligent and voluntary (*see, People v Johnson*,
51 NY2d 986). The record reveals that defendant repeatedly
conferred with counsel on this issue and the court questioned
defendant personally, eliciting defendant's understanding of
the situation (*see, People v Tamarez*, 213 AD2d 261, *lv denied*
85 NY2d 981). On the existing record, we find that defendant
received effective assistance of counsel in making this tactical
decision.

Defendant has not demonstrated that his trial strategy was
impaired by the fact that, during the defense case, the court
reconsidered its original *Sandoval* ruling and substituted a rul-
ing more favorable to defendant, whereupon defendant still
chose not to testify.

We have considered defendant's remaining contentions and
find them to be without merit. Concur—Rosenberger, J. P., Ru-
bin, Williams and Andrias, JJ.